IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**STEVEN BOYD BARNHART, #66269**                                                     **PLAINTIFF**

**VERSUS**                                               **CIVIL ACTION NO. 3:06cv680TSL-JCS**

**CHRISTOPHER EPPS, Commissioner of MDOC;**                              **DEFENDANT**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause is dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the <u>14th</u> day of February, 2007.


        s/Tom S. Lee
        UNITED STATES DISTRICT JUDGE